UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

CIVIL NO. 01-1694 (RHK/JMM)

Plaintiff,

v.

NABISCO, INC.,

Defendant.

---

CIVIL NO. 01-2078 (RHK/JMM)

KEITH BRAUNS,

Plaintiff,

v.

NABISCO, INC.,

Defendant.

ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the matters of Equal Employment Opportunity Commission v. Nabisco, Inc., Civil No. 01-1694 (RHK/JMM) and Keith Brauns v. Nabisco, Inc., Civil No. 01-2078 (RHK/JMM) are consolidated for all purposes. The Clerk may close Civil No. 01-2078 (RHK/JMM) and merge the contents thereof with Civil File No. 01-1694 (RHK/JMM).

JAN 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. All pleadings hereafter filed in these consolidated matters shall bear the caption Equal Employment Opportunity Commission and Keith Brauns v. Nabisco, Inc., Civil File No. 01-1694 (RHK/JMM).

Dated: January 9, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The issues raised by each Complaint appear to involve basically the same transactions or occurrences. The Court has issued this Order of consolidation sua sponte, because these cases appear on the surface to so closely fit the standards set forth in Rule 42 of the Federal Rules of Civil Procedure.

J.M.M.